UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0069-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SCOTT THOMAS VISNICH, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to continue the sentencing hearing (Dkt. No. 47). Finding good cause, the motion is GRANTED. The current sentencing hearing scheduled for February 4, 2020, is hereby VACATED, and continued to March 3, 2020 at 9:00 a.m.

DATED this 3rd day of February 2020.

    William M. McCool
    Clerk of Court

    s/Tomas Hernandez
    Deputy Clerk