THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT THOMAS VISNICH,<br><br>　　　　　　　　Defendant. | CASE NO. CR19-0069-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for leave to file his sentencing memorandum under seal (Dkt. No. 54). The Court hereby GRANTS the motion for the reasons explained herein.

The Court starts from the position that "[t]here is a strong presumption of public access to [its] files." W.D. Wash. Local Civ. R. 5(g). To overcome this presumption, there must be a "compelling reason" for sealing that is "sufficient to outweigh the public's interest in disclosure." *Kamakana v. City and Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). The Court has reviewed the sentencing memorandum (Dkt. No. 55) and finds that Defendant's interest in keeping the sensitive information confidential outweighs any public interest in its disclosure. The Government has not opposed the motion.

MINUTE ORDER
CR19-0069-JCC
PAGE - 1

Therefore, Defendant's motion for leave to file under seal (Dkt. No. 54) is GRANTED. The Clerk is DIRECTED to maintain Docket Number 55 under seal.

DATED this 28th day of September 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk